IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: A WHITE CHEVROLET S10 WITH DARK FRONT DEFLECTOR AND DARK-COLORED TRUCK CAP LOCATED AT 14200 LEBANON ROAD, LOT 220, OLD HICKORY, TENNESSEE 37138 | Case No. 21-mj-2774<br><br>Magistrate Judge Frensley |

## UNITED STATES' MOTION TO UNSEAL

The United States of America, by and through Mary Jane Stewart, Acting United States Attorney for the Middle District of Tennessee, and Robert S. Levine, Assistant United States Attorney, requests that this Court unseal all the documents filed in this matter.

On February 22, 2021, in the above-captioned matter, Magistrate Judge Jeffery S. Frensley issued a warrant to search a White Chevrolet S10 with a dark front deflector and dark-colored truck cap parked at, or adjacent to, 14200 Lebanon Road, Lot 220, Old Hickory, Tennessee 37138. On the same day, Judge Frensley ordered that the matter and all associated filings be placed under seal because they related to an ongoing investigation. The target of that investigation has now been arrested and the United States wants to disclose the warrant and all associated filings.

<u>March 12, 2021</u>
Date

Respectfully submitted,

MARY JANE STEWART
Acting United States Attorney
Middle District of Tennessee


 */s/ Robert S. Levine*
ROBERT S. LEVINE
Assistant United States Attorney
110 9th Avenue South
Nashville, Tennessee 37203
Phone: (615) 736-5151